UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

FEB - 6 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:19-CR-10-S-JMH-MAS

UNITED STATES OF AMERICA                                    PLAINTIFF

V.      **MOTION OF UNITED STATES
        FOR ISSUANCE OF SUMMONS**

**DIMITRIOUS ANTOINE BROWN**                                 **DEFENDANT**
    aka **DEMETRIUS ANTWAN BROWN**,
    aka **DBROWNDAYTRADER**,
    aka **KLBGLOBAL**, and
    aka **MACTOWNTRADER**

\* \* \* \* \*

The United States moves for the issuance of summons for the presence of the Defendant, DIMITRIOUS ANTOINE BROWN, to answer the felony charges returned by the Grand Jury on February 6, 2019.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ Kathryn M. Anderson
Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885, FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov