UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

*Eastern District of Kentucky*
**FILED**
FEB 07 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:19-CR-10-S-JMH-MAS

**UNITED STATES OF AMERICA**                      **PLAINTIFF**

V.          **ORDER FOR ISSUANCE OF SUMMONS**

**DIMITRIOUS ANTOINE BROWN**                    **DEFENDANT**
     **aka DEMETRIUS ANTWAN BROWN,**
     **aka DBROWNDAYTRADER,**
     **aka KLBGLOBAL, and**
     **aka MACTOWNTRADER**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, DIMITRIOUS ANTOINE BROWN, to APPEAR in United States District Court at Lexington, Kentucky, on **February 14**, 2019, at **1:00 p.m.**, and shall DIRECT the Defendant to contact the United States Probation Office in Lexington, Kentucky, at telephone number (859) 233-2646, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this 7th day of February, 2019.

*[Signed] Joseph M. Hood*

Copies: United States Marshal
United States Probation
Kathryn Anderson, Assistant United States Attorney
Kenneth R. Taylor, Assistant United States Attorney