UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
*Electronically Filed*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CASE NO: 5:19-CR-10-JMH-MAS** |
| **DIMITRIOUS ANTOINE BROWN** | **DEFENDANT** |

APPEARANCE
*****

      COMES NOW James O'Toole and Lauren Brooke, and hereby serves notice of their Entry of Appearance as Counsel for the Defendant, Dimitrious Antoine Brown, in the above proceeding. All correspondence, legal notices, copies of pleadings, and all documents relating to this case should be sent to:

James O'Toole
Lauren R. Brooke
Smith O'Toole & Brooke
2333 Alexandria Dr., Suite 204
Lexington, KY 40504
(859) 514-6072
jotoole@soblawfirm.com
lbrooke@soblawfirm.com

      Respectfully Submitted,

/s/ *James O'Toole*
Smith O'Toole & Brooke
2333 Alexandria Dr., Suite 204
Lexington, KY 40504
(859) 514-6072
jotoole@soblawfirm.com

/s/ *Lauren R. Brooke*
Smith O'Toole & Brooke
2333 Alexandria Dr., Suite 204
Lexington, KY 40504
(859) 514-6072
lbrooke@soblawfirm.com

## CERTIFICATE OF SERVICE

      We hereby certify that on April 9, 2019, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorneys Kathryn Anderson and Kenneth Taylor, and all other attorneys associated with this case.

/s/ *James O'Toole*
Smith O'Toole & Brooke
Attorneys for Dimitrious Brown

/s/ *Lauren R. Brooke*
Smith O'Toole & Brooke
Attorneys for Dimitrious Brown